# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN FELDMANN,

    Plaintiff,

vs.

STATE OF NEVADA, et al.,

    Defendant.

2:06-CV-00218-JCM (GWF)

**ORDER**

    Presently before the court is plaintiff Steven W. Feldmann's motion to change venue. (Doc. #4). Defendants the State of Nevada and Metropolitan P.D. did not file an opposition.

    On February 24, 2006, plaintiff made a motion/application to proceed in forma pauperis, but did not attach a complaint as required. (Doc. #1). On March 20, 2006, the court entered an order dismissing the case without prejudice, holding that the plaintiff may file a new action with both a complaint and a new application to proceed in forma pauperis. (Doc. #2). Judgment was entered against the plaintiff on March 20, 2006. (Doc. #3).

    It has been over four years since the court allowed the plaintiff to file a new action and another petition, yet he has failed to do so. In the present motion to change venue (doc. #4), plaintiff asks this court for a "change of venue" to the Western District of Texas. However, since judgment has been entered against plaintiff, the case was dismissed, and he failed to re-file a petition, the present motion is moot.

. . .

. . .

. . .

1  Accordingly,

2  IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiff Steven W.

3  Feldmann's motion to change venue (doc. #4) be, and the same hereby is DENIED as moot.

4  DATED this 4th day of February, 2011.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE